THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. BARKLEY, Appellant. [885 NYS2d 820]—

Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered September 28, 2005. The judgment convicted defendant, upon a jury verdict, of robbery in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of two counts of robbery in the second degree (Penal Law § 160.10 [1], [2] [a]). We conclude that County Court "was within its discretion" at trial in discharging a sworn juror based on a medical emergency involving the juror's spouse (*People v Tisdale*, 270 AD2d 917 [2000], *lv denied* 95 NY2d 839 [2000]; *see People v Aponte*, 28 AD3d 672 [2006], *lv denied* 7 NY3d 785 [2006]; *People v McCullin*, 248 AD2d 277 [1998], *lv denied* 92 NY2d 928 [1998]). The court made the requisite "reasonably thorough inquiry" in determining that the juror was unavailable for continued service (CPL 270.35 [2] [a]), and properly placed on the record its reasons for discharging the juror after permitting the prosecutor and defense counsel to be heard on the matter (*see* CPL 270.35 [2] [b]). Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Pine, JJ.